TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
leventhalandassociates@gmail.com
*Attorney for Mario Sanchez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:15-cr-00213-JAD-NJK |
| Plaintiff, ) | |
| ) | **STIPULATION TO CONTINUE** |
| vs. ) | **SENTENCING AND DISPOSITION** |
| MARIO SANCHEZ, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, MARIO SANCHEZ, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, SUSAN CUSHMAN, Assistant U.S. Attorney, that the Sentencing in the above-captioned matter currently set for Monday, November 14, 2016 be re-set for at least 60 days.

This Stipulation is entered into for the following reasons

1. Additional time is necessary to allow the defense counsel to properly assist and prepare for the sentencing of Mr. Sanchez.

2. Mr. Sanchez has been compliant with all requirements of Pre-Trial services and has been in constant communication with his attorney.

3. Mr. Sanchez is currently out of custody and agrees with this request.

4. Mr. Leventhal has spoken to SUSAN CUSHMAN, Assistant United States Attorney, and she has no objection to this continuance.

5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED this 7th day of November, 2016.

/s/ Todd M. Leventhal
TODD M. LEVENTHAL, ESQ.
Counsel for Mario Sanchez

/s/ Susan Cushman
SUSAN CUSHMAN
Assistant U.S. Attorney

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By: /s/ Todd M. Leventhal

TODD M. LEVENTHAL, ESQ.
Leventhal & Associates, PLLC
Nevada Bar No. 008543
California Bar No. 223577
626 S. 3rd Street
Las Vegas, Nevada 89101
T: 702-472-8686
leventhalandassociates@gmail.com
Attorney for: Mario Sanchez

TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
leventhalandassociates@gmail.com
***Attorney for Mario Sanchez***

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 2:15-cr-00213-JAD-NJK |
| vs. | ) |
| MARIO SANCHEZ, | ) |
| Defendant. | ) |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. Additional time is necessary to allow the defense counsel to properly assist and prepare for the sentencing of Mr. Sanchez.
2. Mr. Sanchez has been compliant with all requirements of Pre-Trial services and has been in constant communication with his attorney.
3. Mr. Sanchez is currently out of custody and agrees with this request.
4. Mr. Leventhal has spoken to SUSAN CUSHMAN, Assistant United States Attorney, and she has no objection to this continuance.
5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

## CONCLUSIONS OF LAW

1. For all the above-stated reasons, the ends of justice would be best served by granting a continuance of the current Sentencing and Disposition Hearing and reset it for a time after January 23, 2017.

## ORDER

Accordingly, IT IS SO ORDERED that the current Sentencing setting is vacated and the same is continued and reset for January 23, 2017 at the hour of 9:00 a.m.

DATED this 7th day of November, 2016.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of November, 2016 a true and correct copy of the,

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

was filed through the CM/ECF filing system and was electronically served to the following registered addresses on file for this instant case :

**Kevin R Stolworthy**:    kstolworthy@armstrongteasdale.com, cflynn@armstrongteasdale.com, sdarling@armstrongteasdale.com

**Susan Cushman:**    susan.cushman@usdoj.gov, Christie.M.Sequeira@usdoj.gov, USANV.team3@usdoj.gov, caseview.ecf@usdoj.gov, denise.cope@usdoj.gov

       /s/ Carmen Martinez
       An Employee of TODD M. LEVENTHAL, ESQ.
       LEVENTHAL AND ASSOCIATES, PLLC.