1   TODD M. LEVENTHAL, ESQ
    LEVENTHAL AND ASSOCIATES PLLC.
2   Nevada Bar No. 008543
    California Bar No.223577
3   626 South Third Street
    Las Vegas, Nevada 89101
4   (702) 472-8686
    leventhalandassociates@gmail.com
5   *Attorney for Mario David Sanchez*

6

7                   **UNITED STATES DISTRICT COURT**

8                        **DISTRICT OF NEVADA**

9

10  UNITED STATES OF AMERICA,        )
                                     )      2:15-CR-00213-JAD-NJK
11               Plaintiff,          )
                                     )      **STIPULATION TO CONTINUE**
12       vs.                         )      **SENTENCING AND DISPOSITION**
                                     )      FOR MARIO D. SANCHEZ
13  MARIO DAVID SANCHEZ,             )
                                     )
14                                   )
                 Defendant.          )
15  _____)

16          IT IS HEREBY STIPULATED AND AGREED by and between Defendant, MARIO

17  DAVID SANCHEZ, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United

18  States of America, by its counsel, SUSAN CUSHMAN, Assistant U.S. Attorney, that the trial in

19  the above-captioned matter currently set for Monday April 3, 2017 at 9:00a.m. be vacated and

20  continued to at least 60 days to a time convenient for the court.

21          This Stipulation is entered into for the following reasons

22      1.      Mr. Leventhal is in Trial for U.S. vs. Bundy et al., and will not be available for the

23              sentencing hearing.

24      2.      Mr. Sanchez is not in custody and agrees with the requested continuance.

25      3.      Mr Leventhal has spoken to Susan Cushman, Assistant United States Attorney, and

26              she has no objection to this continuance.

27

28

4.      Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED this 29TH day of March, 2017.

/s/ Todd M. Leventhal                                    /s/ Susan Cushman
TODD M. LEVENTHAL, ESQ.                          SUSAN CUSHMAN
Counsel for Mario David Sanchez                     Assistant U.S. Attorney

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

                                                    By:      /s/ Todd M. Leventhal

                                                    TODD M. LEVENTHAL, ESQ.
                                                    Leventhal & Associates, PLLC
                                                    Nevada Bar No.  008543
                                                    California Bar No.  223577
                                                    626 S. 3rd Street
                                                    Las Vegas, Nevada 89101
                                                    T: 702-472-8686
                                                    leventhalandassociates@gmail.com
                                                    Attorney for: Mario David Sanchez

TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
***Attorney for Mario David Sanchez***

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:15-cr-00213-JAD-NJK |
| Plaintiff, ) | |
| vs. ) | |
| MARIO DAVID SANCHEZ ) | |
| Defendant. ) | |

## FINDINGS OF FACT

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1.    Mr. Leventhal is in Trial for U.S. vs. Bundy et al., and will not be available for the sentencing hearing.

2.    Mr. Sanchez is not in custody and agrees with the requested continuance.

3.    Mr Leventhal has spoken to Susan Cushman, Assistant United States Attorney, and she has no objection to this continuance.

4.    Additionally, denial of this request for a continuance could result in a miscarriage of justice.

////
////
////

1

**CONCLUSIONS OF LAW**

2

1.    For all the above-stated reasons, the ends of justice would be best served by granting

3

a continuance of the current Sentencing and Disposition Hearing and reset it for a

4

time after June 29th 2017 at a time convenient for the court.

5

6

**ORDER**

Accordingly, IT IS SO ORDERED that the current Sentencing and Disposition is

7

vacated and the same is continued and reset for  June 5, 2017, at the hour of 9:00 a.m.

8

9

DATED this 29th day of March, 2017.

10

11

_____

12

JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

13

14

**CERTIFICATE OF SERVICE**

15

I hereby certify that on the 29th  day of March, 2017 a true and correct copy of the,

16

17

**STIPULATION AND ORDER TO CONTINUE TIME FOR SENTENCING AND**

18

**DISPOSITION**   was filed through the CM/ECF filing system and was electronically served to

19

the following registered addresses on file for this instant case :

20

Kevin R Stolworthy: kstolworthy@armstrongteasdale.com, cflynn@armstrongteasdale.com,

21

sdarling@armstrongteasdale.com

22

23

Susan Cushman: susan.cushman@usdoj.gov, Christie.M.Sequeira@usdoj.gov,

24

USANV.team3@usdoj.gov, caseview.ecf@usdoj.gov, denise.cope@usdoj.gov

25

26

   /s/ Todd M. Leventhal

27

An Employee of TODD M. LEVENTHAL, ESQ.
LEVENTHAL AND ASSOCIATES, PLLC.

28