TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
leventhalandassociates@gmail.com
*Attorney for Mario David Sanchez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>MARIO DAVID SANCHEZ,<br><br>        Defendant. | 2:15-CR-00213-JAD-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING AND DISPOSITION FOR MARIO D. SANCHEZ** |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, MARIO DAVID SANCHEZ, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, SUSAN CUSHMAN, Assistant U.S. Attorney, that the trial in the above-captioned matter currently set for Tuesday September 5, 2017 at 9:00a.m. be vacated and continued to at least 60 days at a time convenient for the court.

This Stipulation is entered into for the following reasons;

1. Mr. Leventhal will be out of jurisdiction and will not be available.
2. Mr. Sanchez is not in custody and agrees with the requested continuance.
3. Mr Leventhal has spoken to Susan Cushman, Assistant United States Attorney, and she has no objection to this continuance.

4. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED this 1st day of September, 2017.

| /s/ Todd M. Leventhal | /s/ Susan Cushman |
|---|---|
| TODD M. LEVENTHAL, ESQ. | SUSAN CUSHMAN |
| Counsel for Mario David Sanchez | Assistant U.S. Attorney |

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By:    /s/ Todd M. Leventhal

TODD M. LEVENTHAL, ESQ.
Leventhal & Associates, PLLC
Nevada Bar No. 008543
California Bar No. 223577
626 S. 3rd Street
Las Vegas, Nevada 89101
T: 702-472-8686
leventhalandassociates@gmail.com
Attorney for: Mario David Sanchez

```
TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
```
***Attorney for Mario David Sanchez***

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:15-cr-00213-JAD-NJK |
| Plaintiff, ) | |
| vs. ) | |
| MARIO DAVID SANCHEZ ) | |
| Defendant. ) | |

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. Mr. Leventhal will be out of jurisdiction and will not be available.
2. Mr. Sanchez is not in custody and agrees with the requested continuance.
3. Mr Leventhal has spoken to Susan Cushman, Assistant United States Attorney, and she has no objection to this continuance.
4. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

////

////

**CONCLUSIONS OF LAW**

1. For all the above-stated reasons, the ends of justice would be best served by granting a continuance of the current Sentencing and Disposition Hearing and reset it for a time after December 4, 2017 at a time convenient for the court.

**ORDER**

Accordingly, IT IS SO ORDERED that the current Sentencing and Disposition is vacated and the same is continued and reset for November 17, 2017 at the hour 9:00 a.m.

DATED this 5th day of September, 2017.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September, 2017 a true and correct copy of the, **STIPULATION AND ORDER TO CONTINUE TIME FOR SENTENCING AND DISPOSITION** was filed through the CM/ECF filing system and was electronically served to the following registered addresses on file for this instant case :

Kevin R Stolworthy: kstolworthy@armstrongteasdale.com, cflynn@armstrongteasdale.com, sdarling@armstrongteasdale.com

Susan Cushman: susan.cushman@usdoj.gov, Christie.M.Sequeira@usdoj.gov, USANV.team3@usdoj.gov, caseview.ecf@usdoj.gov, denise.cope@usdoj.gov

       /s/ Todd M. Leventhal
       An Employee of TODD M. LEVENTHAL, ESQ.
       LEVENTHAL AND ASSOCIATES, PLLC.