TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
leventhalandassociates@gmail.com
*Attorney for Mario Sanchez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARIO SANCHEZ, ) <br> ) <br> Defendant. ) | 2:15-cr-00213-JAD-NJK <br><br> **STIPULATION TO CONTINUE SENTENCING AND DISPOSITION** |

IT IS HEREBY STIPULATED AND AGREED by and between Defendant, MARIO SANCHEZ, by and through his counsel, TODD M. LEVENTHAL, ESQ., and the United States of America, by its counsel, SUSAN CUSHMAN, Assistant U.S. Attorney, that the Sentencing in the above-captioned matter currently set for Monday, January 8, 2018 be re-set for at least 30 days.

This Stipulation is entered into for the following reasons

1. Mr. Leventhal will be out of jurisdiction and will not be available.

2. Mr. Sanchez has been compliant with all requirements of Pre-Trial services and has been in constant communication with his attorney.

3. Mr. Sanchez is currently out of custody and agrees with this request.

4. Mr. Leventhal has spoken to SUSAN CUSHMAN, Assistant United States Attorney, and she has no objection to this continuance.

////

////

5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

DATED this 5th day of January, 2018.

/s/ Todd M. Leventhal            /s/ Susan Cushman
TODD M. LEVENTHAL, ESQ.      SUSAN CUSHMAN
Counsel for Mario Sanchez          Assistant U.S. Attorney

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By:     /s/ Todd M. Leventhal
TODD M. LEVENTHAL, ESQ.
Leventhal & Associates, PLLC
Nevada Bar No. 008543
California Bar No. 223577
626 S. 3rd Street
Las Vegas, Nevada 89101
T: 702-472-8686
leventhalandassociates@gmail.com
Attorney for: Mario Sanchez

TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 472-8686
leventhalandassociates@gmail.com
*Attorney for Mario Sanchez*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,)
)   2:15-cr-00213-JAD-NJK
        Plaintiff,)
)
vs.)
)
MARIO SANCHEZ,)
)
        Defendant.)
)

**FINDINGS OF FACT**

Based on the stipulation of counsel, and good cause appearing, the Court finds that:

1. Mr. Leventhal will be out of jurisdiction and will not be available.
2. Mr. Sanchez has been compliant with all requirements of Pre-Trial services and has been in constant communication with his attorney.
3. Mr. Sanchez is currently out of custody and agrees with this request.
4. Mr. Leventhal has spoken to SUSAN CUSHMAN, Assistant United States Attorney, and she has no objection to this continuance.
5. Additionally, denial of this request for a continuance could result in a miscarriage of justice.

////

////

## CONCLUSIONS OF LAW

1. For all the above-stated reasons, the ends of justice would be best served by granting a continuance of the current Sentencing and Disposition Hearing and reset it for a time after February 5, 2018.

## ORDER

Accordingly, IT IS SO ORDERED that the current Sentencing setting is vacated and the same is continued and reset for February 20, 2018 at 9:00 a.m.

DATED: 1/8/2018

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of January, 2018 a true and correct copy of the, **STIPULATION AND ORDER TO CONTINUE SENTENCING** was filed through the CM/ECF filing system and was electronically served to the following registered addresses on file for this instant case :

**Susan Cushman:** susan.cushman@usdoj.gov, Christie.M.Sequeira@usdoj.gov, USANV.team3@usdoj.gov, caseview.ecf@usdoj.gov, denise.cope@usdoj.gov

    /s/ Todd M. Leventhal
An Employee of TODD M. LEVENTHAL, ESQ.
LEVENTHAL AND ASSOCIATES, PLLC.