DAYLE ELIESON
United States Attorney
District of Nevada
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00213-JAD-NJK |
| Plaintiff, | |
| vs. | STIPULATION TO MOVE TIME FOR SENTENCING HEARING |
| MARIO DAVID SANCHEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney; Susan Cushman, Assistant United States Attorney, counsel for the United States of America and Todd Leventhal, Esq. counsel for defendant, that the sentencing hearing in the above-captioned matter currently scheduled to commence on Tuesday, February 20, 2018, at 9:30 a.m. be moved to 10:30 a.m. on February 20, 2018.

This Stipulation is entered into for the following reason:

1. Counsel for the government has a scheduling conflict. This hearing conflicts with calendar call in *United States v. Anderson,* 2:16-cr-305-KJD-VCF.

2. Counsel for the government should be available by 10:30 a.m. on February 20, 2018.

3. Counsel for the government spoke with Mr. Leventhal's office who confirmed his availability.

4. The parties agree to the change the time for the sentencing hearing.

5. The defendant is not in custody and does not object to the new time.

DATED this the 16th day of February, 2018.

                    DAYLE ELIESON
                    United States Attorney

                    /s/ Susan Cushman
                    SUSAN CUSHMAN
                    Assistant United States Attorney

                    /s/ Todd Leventhal
                    TODD LEVENTHAL
                    Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:15-cr-00213-JAD-NJK |
| Plaintiff, | |
| vs. | STIPULATION TO MOVE TIME FOR SENTENCING HEARING |
| MARIO DAVID SANCHEZ, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court hereby orders that sentencing in the above-captioned matter be vacated and continued until February 20, 2018 at the hour of 10:30 a.m.

DATED this 16th day of February 2018.

_____
UNITED STATES DISTRICT JUDGE